Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−23262−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Yakima D Smith
    75 Boylan St
    Newark, NJ 07106

Social Security No.:
    xxx−xx−6885

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              8/22/18
Time:               09:00 AM
Location:           Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A,
Newark, NJ 07102

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 2, 2018
JAN: mg

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

```
In re:                                                      Case No. 18-23262-SLM
Yakima D Smith                                              Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Jul 02, 2018
                              Form ID: 132              Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2018.
```
db              +Yakima D Smith,   75 Boylan St,   Newark, NJ 07106-1811
517624195       +First Premier Bank,   Po Box 5524,   Sioux Falls, SD 57117-5524
517624196       +N J L,   225 E State St Ste 1,   Trenton, NJ 08608-1800
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 03 2018 00:30:38     U.S. Attorney,   970 Broad St.,
                   Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 03 2018 00:30:34     United States Trustee,
                   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
517624193       +E-mail/Text: bankruptcy.bnc@ditech.com Jul 03 2018 00:30:03     Ditech,   Attn: Bankruptcy,
                   Po Box 6172,   Rapid City, SD 57709-6172
517624197       +E-mail/Text: bankruptcy@onlineis.com Jul 03 2018 00:31:16     Online Collections,   Po Box 1489,
                   Winterville, NC 28590-1489
517624198        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2018 00:35:32
                   Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
517624194       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 03 2018 00:36:03     Regional Acceptance Co,
                   Attn: Bankruptcy,   1424 E Firetower Rd,   Greenville, NC 27858-4105
                                                                                     TOTAL: 6


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2018 at the address(es) listed below:
```
        Harvey I. Marcus    on behalf of Debtor Yakima D Smith him@lawmarcus.com
        Marie-Ann Greenberg   magecf@magtrustee.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 3
```