Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 18−23262−SLM
    Chapter: 13
    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Yakima D Smith
    75 Boylan St
    Newark, NJ 07106

Social Security No.:
    xxx−xx−6885

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/26/20 at 10:00 AM

to consider and act upon the following:

*38* – Creditor's Certification of Default (related document:22 Order on Motion For Relief From Stay) filed by Lauren Moyer on behalf of Ditech Financial LLC. Objection deadline is 02/10/2020. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Moyer, Lauren)

*39* – Certification in Opposition to (related document:38 Creditor's Certification of Default (related document:22 Order on Motion For Relief From Stay) filed by Lauren Moyer on behalf of Ditech Financial LLC. Objection deadline is 02/10/2020. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Ditech Financial LLC) filed by David G. Beslow on behalf of Yakima D Smith. (Beslow, David)

Dated: 1/29/20

    Jeanne Naughton
    Clerk, U.S. Bankruptcy Court