Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−23262−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Yakima D Smith
　75 Boylan St
　Newark, NJ 07106

Social Security No.:
　xxx−xx−6885

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

　　Notice is hereby given that a Plan was confirmed in this matter on October 26, 2018.

　　On the debtor filed a modification to the Plan.

　　Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:　　　　　　　　February 26, 2020
Time:　　　　　　　　 08:30 AM
Location:　　　　　　Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

　　Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 29, 2020
JAN: wdh

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-23262-SLM
Yakima D Smith                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin           Page 1 of 2           Date Rcvd: Jan 29, 2020
                          Form ID: 185          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2020.
```
db              +Yakima D Smith,    75 Boylan St,    Newark, NJ 07106-1811
517680755       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517742261        CACH, LLC its successors and assigns as assignee,     of MHC Receivables, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517631142       +Ditech Financial LLC,    KML Law Group, P.C.,    216 Haddon Avenue, Ste 406,
                  Westmont, NJ 08108-2812
517624195       +First Premier Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
517624196       +N J L,   225 E State St Ste 1,    Trenton, NJ 08608-1800
517748927        Pendrick Capital Partners, LLC,    PO BOX 141419,    IRVING, TX 75014-1419
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2020 23:28:11      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2020 23:28:09      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517624193       +E-mail/Text: bankruptcy.bnc@ditech.com Jan 29 2020 23:27:56      Ditech,    Attn: Bankruptcy,
                  Po Box 6172,    Rapid City, SD 57709-6172
517748617        E-mail/Text: bankruptcy.bnc@ditech.com Jan 29 2020 23:27:56      Ditech Financial LLC,
                  c/o Ditech Financial LLC F/K/A Green Tre,    PO Box 0049,    Palatine, IL 60055-0049
517712306       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 29 2020 23:28:09      Midland Funding LLC,
                  PO Box 2011,    Warren, MI 48090-2011
517624197       +E-mail/Text: bankruptcy@onlineis.com Jan 29 2020 23:28:29      Online Collections,   Po Box 1489,
                  Winterville, NC 28590-1489
517624198        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2020 23:34:36
                  Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517745171        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2020 23:35:05
                  Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,    Norfolk VA 23541
517718431       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 29 2020 23:28:19      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517624194       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 29 2020 23:35:07      Regional Acceptance Co,
                  Attn: Bankruptcy,    1424 E Firetower Rd,    Greenville, NC 27858-4105
517631326        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 29 2020 23:35:07      Regional Acceptance Corporation,
                  PO Box 1847,    Wilson, NC 27894-1847
517721727       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 29 2020 23:34:16      Verizon,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 12
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:
```
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              David G. Beslow    on behalf of Debtor Yakima D Smith yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lauren Moyer    on behalf of Creditor    Ditech Financial LLC lmoyer@mwc-law.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    Ditech Financial LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Jan 29, 2020
                              Form ID: 185             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          TOTAL: 8