UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
David G. Beslow, Esq.  #DGB-5300
Attorneys for Debtor(s)

In Re:

YAKIMA D. SMITH

Order Filed on April 13, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-23262

Chapter: 13

Judge: SLM

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 13, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on January 9, 2020  :

Property:    75 Boylan Street, Newark, New Jersey 07106

Creditor:    Shellpoint

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by the debtor , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including June 30, 2020 .

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

rev.12/17/19