UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GOLDMAN & BESLOW, LLC**
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey   07017
Tel. 973-677-9000
David G. Beslow, Esq. #DGB-5300
Attorneys for Debtor, Yakima Smith

| | |
|---|---|
| In Re:<br><br>   YAKIMA SMITH | Case No.: _____18-23262_____<br><br>Judge: _____SLM_____<br><br>Chapter: _____13 |

## CHAPTER 13 DEBTORS ATTORNEY'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.    ☐ Motion for Relief from the Automatic Stay filed by _____ ,

creditor,

A hearing has been scheduled for _____, at _____.


☒ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____July 22, 2020_____, at  10:00 a.m.  .


☐ Certification of Default filed by _____ ,

I am requesting a hearing be scheduled on this matter.


2.    I oppose the above matter for the following reasons (**choose one**):

☐ Payments have been made in the amount of $ _____, but have not

been accounted for.  Documentation in support is attached.

☐  Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

☒  Other **(explain your answer)**:

The debtor could not come into our offices prior to the hearing date on the
motion. However, the debtor represented to us that since the filing of the motion,
she has made payments of $1,400.00 and $1,150.00, leaving a balance of $5.00.
The debtor has represented that she will pay that $5.00 and her regular monthly
payment for July by 7/31/20, which will bring her current through July 2020.

3.      This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: July 21, 2020_____                    /s/ David G. Beslow, Esq._____
                                                  Debtor's Attorney

Date: _7/21/20_____                    _____
                                                  Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
        13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
        opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
        Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
        Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
        Default.

*rev.8/1/15*