Form 137 – aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 18–23262–SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Yakima D Smith
75 Boylan St
Newark, NJ 07106

Social Security No.:
xxx–xx–6885

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date: 11/17/20
Time: 02:30 PM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Goldman & Beslow, LLC

COMMISSION OR FEES
$3563.90

EXPENSES
$0.00

---

If this is a chapter 13 case, the fees and expenses awarded:

☐ will not reduce the amount to be paid to general unsecured creditors under the plan.

☑ will reduce the amount to be paid to general unsecured creditors under the plan as follows: reduction in the amount of pro rata distribution to unsecured creditors

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 27, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 18-23262-SLM
Yakima D Smith Chapter 13
Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2
Date Rcvd: Oct 27, 2020 Form ID: 137 Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yakima D Smith, 75 Boylan St, Newark, NJ 07106-1811 |
| 517680755 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517742261 | | CACH, LLC its successors and assigns as assignee, of MHC Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517624193 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 517748617 | | Ditech Financial LLC, c/o Ditech Financial LLC F/K/A Green Tre, PO Box 0049, Palatine, IL 60055-0049 |
| 517631142 | + | Ditech Financial LLC, KML Law Group, P.C., 216 Haddon Avenue, Ste 406, Westmont, NJ 08108-2812 |
| 517624195 | + | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 517624196 | + | N J L, 225 E State St Ste 1, Trenton, NJ 08608-1800 |
| 518797212 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518797213 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826 Greenville, SC 29603-0826 |
| 517748927 | | Pendrick Capital Partners, LLC, PO BOX 141419, IRVING, TX 75014-1419 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2020 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2020 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517712306 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 27 2020 20:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517624197 | + | Email/Text: bankruptcy@onlineis.com | Oct 27 2020 20:54:00 | Online Collections, Po Box 1489, Winterville, NC 28590-1489 |
| 517624198 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2020 23:01:23 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 517745171 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2020 23:01:24 | Portfolio Recovery Associates, LLC, c/o Capital One, POB 41067, Norfolk VA 23541 |
| 517718431 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 27 2020 20:54:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517624194 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 27 2020 22:59:30 | Regional Acceptance Co, Attn: Bankruptcy, 1424 E Firetower Rd, Greenville, NC 27858-4105 |
| 517631326 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 27 2020 22:59:30 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 517721727 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 27 2020 22:59:36 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Ditech Financial LLC NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| David G. Beslow | on behalf of Debtor Yakima D Smith yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com informationathnk@aol.com |
| Lauren Moyer | on behalf of Creditor Ditech Financial LLC lmoyer@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Lauren Moyer | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing lmoyer@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Yakima D Smith yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Melissa S DiCerbo | on behalf of Creditor Ditech Financial LLC nj-ecfmail@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11