UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey   07017
(973)-677-9000
David G. Beslow, Esq. #DGB-5300

*Attorneys for Debtor(s), Yakima Smith*

Order Filed on November 17, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

**YAKIMA D. SMITH,**

Debtor

Case No.: 18-23262

Chapter:   13

Judge:   SLM

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: November 17, 2020**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:         2
Debtor(s):    Yakima D. Smith
Case No.:     18-23262/SLM

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that David G. Beslow, Esq, the applicant, is allowed the sum of $3,885.00 for services rendered and expenses in the amount of $ 178.90  for a total of $4,063.90 of which $500.00  has already been received by said attorney and of which the balance of $3,563.90 shall be paid by the Chapter 13 Standing Trustee.  The allowance shall be payable:

    _XX_ through the Chapter 13 Plan as an administrative priority.

    ___ outside the plan.

The debtor's monthly plan is modified to require a payment of $1,348.00 per month for 33 months starting October 2020 months to allow for payment of the aforesaid fee and delinquent trustee payments.