**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973)-677-9000
David G. Beslow, Esq. #DGB-5300

*Attorneys for Debtor(s), Yakima Smith*

Order Filed on November 17, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

**YAKIMA D. SMITH,**

Debtor

Case No.: 18-23262

Chapter: 13

Judge: SLM

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: November 17, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:        2
Debtor(s):   Yakima D. Smith
Case No.:    18-23262/SLM

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that David G. Beslow, Esq, the applicant, is allowed the sum of $3,885.00 for services rendered and expenses in the amount of $ 178.90  for a total of $4,063.90 of which $500.00  has already been received by said attorney and of which the balance of $3,563.90 shall be paid by the Chapter 13 Standing Trustee.   The allowance shall be payable:

  _XX_ through the Chapter 13 Plan as an administrative priority.

  ___ outside the plan.

The debtor's monthly plan is modified to require a payment of $1,348.00 per month for 33 months starting October 2020 months to allow for payment of the aforesaid fee and delinquent trustee payments.

United States Bankruptcy Court

District of New Jersey

In re:  
Yakima D Smith  
    Debtor(s)

Case No. 18-23262-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Nov 18, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

**Recip ID**      **Recipient Name and Address**  
db      + Yakima D Smith, 75 Boylan St, Newark, NJ 07106-1811

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:

**Name**      **Email Address**

Alexandra T. Garcia  
     on behalf of Creditor Ditech Financial LLC NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com

David G. Beslow  
     on behalf of Debtor Yakima D Smith yrodriguez@goldmanlaw.org  
     yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Denise E. Carlon  
     on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Harold N. Kaplan  
     on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com informationathnk@aol.com

Lauren Moyer  
     on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing lmoyer@mwc-law.com nj-ecfmail@ecf.courtdrive.com

Lauren Moyer

| | |
|---|---|
| | on behalf of Creditor Ditech Financial LLC lmoyer@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Mark Goldman | |
| | on behalf of Debtor Yakima D Smith yrodriguez@goldmanlaw.org |
| | yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Melissa S DiCerbo | |
| | on behalf of Creditor Ditech Financial LLC nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11