Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18–23262–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Yakima D Smith
    75 Boylan St
    Newark, NJ 07106

Social Security No.:
    xxx–xx–6885

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/8/22 at 10:00 AM

to consider and act upon the following:

*78* – Certification in Opposition to (related document:75 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie–Ann Greenberg. Objection deadline is 5/17/2022. (Attachments: # 1 Proposed Order) filed by Trustee Marie–Ann Greenberg) filed by David G. Beslow on behalf of Yakima D Smith. (Beslow, David)

Dated: 5/19/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court