UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
Tel. 973-677-9000
David G. Beslow, Esq. #DGB-5300
Attorneys for Debtor, Yakima D. Smith

| In Re: | Case No.: | 18-23262 |
|---|---|---|
| YAKIMA D. SMITH, | Judge: | SLM |
| Debtor | Chapter: | 13 |

## CHAPTER 13 DEBTORS ATTORNEY'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1. ☐ Motion for Relief from the Automatic Stay filed by _____,
creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by __New Rez LLC c/o Shellpoint__,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (**choose one**):

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
We have been in communications with the debtor who is in the process of reviewing her options to address the outstanding mortgage arrears and debtor may file a modified plan in the near future to propose a cure for the arrears. We respectfully request that a hearing be scheduled on this matter.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: May 26, 2022

/s/ David G. Beslow, Esq.
Debtor's Attorney

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*