Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−23262−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Yakima D Smith
75 Boylan St
Newark, NJ 07106

Social Security No.:
xxx−xx−6885

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/22/22 at 10:00 AM

to consider and act upon the following:

*81* − Certification in Opposition to (related document:77 Creditor's Certification of Default (related document:59 Order (Generic)) filed by Phillip Andrew Raymond on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing. Objection deadline is 05/26/2022. (Attachments: # 1 Certification # 2 Exhibit # 3 Certificate of Service # 4 Proposed Order) filed by Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing) filed by David G. Beslow on behalf of Yakima D Smith. (Beslow, David)

Dated: 5/27/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court