**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**<u>CHAPTER 13 DEBTOR'S ATTORNEY FEE APPLICATION COVER SHEET</u>**

| | | | |
|---|---|---|---|
| Debtor: | <u>Yakima Smith</u> | Applicant: | <u>David G. Beslow, Esq.</u> |
| Case No.: | <u>18-23262-SLM</u> | Chapter: | 13 |
| Petition Date: | <u>June 30, 2018</u> | | |

I certify that I am the attorney for the debtor(s) and submit this Application for Compensation and Reimbursement of Expenses ("Application") in accordance with D.N.J. LBR 2016-1 and 2016-5.

I further certify:

1. A pre-petition written retainer agreement ("Agreement") has been executed with the debtor(s) and this Application is consistent with that Agreement and D.N.J. LBR 2016;

2. I have complied with 11 U.S.C. §§ 527 and 528;

3. The fees sought in this Application:

    ☐ will not reduce the amount to be paid to general unsecured creditors under the plan;

    **X** will reduce the amount to be paid to general unsecured creditors under the plan as follows:

4. I have advised the debtor(s) through a legal assistant that the fees sought in this Application:

    ☐ will not increase the amount and/or duration of plan payments;

    **X** will increase the amount and/or duration of plan payments as follows: <u>plan payments increase from $1,348.00 to $1,378.00 for 11 months starting August 2022</u>

5. I have advised the debtor(s) through a legal assistant that the fees sought in this Application:

    **X** will be paid through the plan;

    ☐ will be paid outside of the plan;

6. I have served a copy of this Fee Application Cover Sheet and Application on the debtor(s).

I certify under penalty of perjury that the above is true.

Date: <u>August 7, 2022</u>    /s/David G. Beslow
    8/7/22    Signature

**NOTE:    DO NOT COMPLETE SECTIONS I-III BELOW IF THE AMOUNT OF THIS APPLICATION, INCLUSIVE OF EXPENSES, IS UNDER $1,000.**