Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18–23262–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Yakima D Smith
  75 Boylan St
  Newark, NJ 07106

Social Security No.:
  xxx–xx–6885

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:        9/6/22
Time:        02:30 PM
Location:    Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
David G. Beslow

COMMISSION OR FEES
$1,400.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☐      will not reduce the amount to be paid to general unsecured
       creditors under the plan.

☐      will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 4, 2022
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                  Case No. 18-23262-SLM

Yakima D Smith                                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                Page 1 of 3
Date Rcvd: Aug 04, 2022                       Form ID: 137                               Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yakima D Smith, 75 Boylan St, Newark, NJ 07106-1811 |
| 517624193 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 517748617 | | Ditech Financial LLC, c/o Ditech Financial LLC F/K/A Green Tre, PO Box 0049, Palatine, IL 60055-0049 |
| 517631142 | + | Ditech Financial LLC, KML Law Group, P.C., 216 Haddon Avenue, Ste 406, Westmont, NJ 08108-2812 |
| 517624196 | + | N J L, 225 E State St Ste 1, Trenton, NJ 08608-1800 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 04 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 04 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517680755 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 04 2022 20:37:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517742261 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2022 20:46:35 | CACH, LLC its successors and assigns as assignee, of MHC Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517624195 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 04 2022 20:46:33 | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 517712306 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2022 20:37:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518797212 | | Email/Text: mtgbk@shellpointmtg.com | Aug 04 2022 20:37:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518797213 | | Email/Text: mtgbk@shellpointmtg.com | Aug 04 2022 20:37:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517624197 | + | Email/Text: bankruptcy@onlineis.com | Aug 04 2022 20:38:00 | Online Collections, Po Box 1489, Winterville, NC 28590-1489 |
| 517748927 | | Email/Text: perituspendrick@peritusservices.com | Aug 04 2022 20:37:00 | Pendrick Capital Partners, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 517624198 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 04 2022 20:46:45 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 517745171 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 04 2022 20:46:23 | Portfolio Recovery Associates, LLC, c/o Capital One, POB 41067, Norfolk VA 23541 |
| 517718431 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 04 2022 20:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: Aug 04, 2022 | Form ID: 137 | Total Noticed: 21

|  |  |  | LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
|---|---|---|---|
| 517624194 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 04 2022 20:46:47 | Regional Acceptance Co, Attn: Bankruptcy, 1424 E Firetower Rd, Greenville, NC 27858-4105 |
| 517631326 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 04 2022 20:46:47 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 517721727 | + Email/PDF: ebn_ais@aisinfo.com | Aug 04 2022 20:46:24 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2022 | Signature: | /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Ditech Financial LLC NJECFMAIL@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| David G. Beslow | on behalf of Debtor Yakima D Smith yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com  informationathnk@aol.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing nj-ecfmail@mwc-law.com  jhillier@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor Ditech Financial LLC nj-ecfmail@mwc-law.com  jhillier@mwc-law.com |
| Mark Goldman | on behalf of Debtor Yakima D Smith yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Melissa S DiCerbo | on behalf of Creditor Ditech Financial LLC nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |

District/off: 0312-2                         User: admin                                      Page 3 of 3

Date Rcvd: Aug 04, 2022                      Form ID: 137                                 Total Noticed: 21

Phillip Andrew Raymond
                          on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing phillip.raymond@mccalla.com
                          mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
                          on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com

Sindi Mncina
                          on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com

U.S. Trustee
                          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 13