Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−23262−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Yakima D Smith
  75 Boylan St
  Newark, NJ 07106

Social Security No.:
  xxx−xx−6885

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 9/7/22 at 02:30 PM

to consider and act upon the following:

*89* − Application for Compensation. Filed by David G. Beslow. Hearing scheduled for 9/6/2022 at 02:30 PM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Beslow, David). FEE APPLICATION COVER SHEET IS MISSING Modified on 8/4/2022 (ntp).

Dated: 8/12/22

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court