Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  18−23262−SLM
                Chapter:  13
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Yakima D Smith
    75 Boylan St
    Newark, NJ 07106

Social Security No.:
    xxx−xx−6885

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 9/7/22 at 02:30 PM

to consider and act upon the following:

*89* − Application for Compensation. Filed by David G. Beslow. Hearing scheduled for 9/6/2022 at 02:30 PM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Beslow, David). FEE APPLICATION COVER SHEET IS MISSING Modified on 8/4/2022 (ntp).

Dated: 8/12/22

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-23262-SLM |
| Yakima D Smith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 12, 2022 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Yakima D Smith, 75 Boylan St, Newark, NJ 07106-1811 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2022          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Ditech Financial LLC NJECFMAIL@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| David G. Beslow | on behalf of Debtor Yakima D Smith yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com  informationathnk@aol.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 12, 2022 | Form ID: ntchrgbk | Total Noticed: 1 |

Marisa Myers Cohen
    on behalf of Creditor Ditech Financial LLC nj-ecfmail@mwc-law.com  jhillier@mwc-law.com

Marisa Myers Cohen
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing nj-ecfmail@mwc-law.com  jhillier@mwc-law.com

Mark Goldman
    on behalf of Debtor Yakima D Smith yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

Melissa S DiCerbo
    on behalf of Creditor Ditech Financial LLC nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com

Sindi Mncina
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13