| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>*Caption in Compliance with D.N.J. LBR 9004-2(c)*<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey   07017<br>(973)-677-9000<br>David G. Beslow, Esq. #DGB-5300<br><br>*Attorneys for Debtor(s), Yakima Smith* | Order Filed on September 2, 2022<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**YAKIMA D. SMITH,**<br><br>Debtor | Case No.: 18-23262<br><br>Chapter:    13<br><br>Judge:    SLM |

### REVISED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: September 2, 2022

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:        2
Debtor(s):   Yakima D. Smith
Case No.:    18-23262/SLM

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that David G. Beslow, Esq, the applicant, is allowed the sum of $1,400.00 for services rendered and expenses in the amount of $ 0  for a total of $1,400.00 of which  $0  has already been received by said attorney and of which the balance of $1,400.00 shall be paid by the Chapter 13 Standing Trustee.   The allowance shall be payable:

    _XX_ through the Chapter 13 Plan as an administrative priority.

    ___ outside the plan.

The debtor's monthly plan is modified to require a payment of $1,400.00 per month for 11 months starting August 2022 to allow for payment of the aforesaid fee.