| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>GOLDMAN & BESLOW LLC<br>Attorneys at Law<br>7 Glenwood Avenue<br>Suite 311b<br>East Orange, New Jersey 07017<br>(973) 677-9000 (phone)<br>(973) 675-5886 (fax)<br><br>David G. Beslow, Esq. DGB-5300<br>Attorney for Debtor, Yamika D Smith | |
|---|---|
| In Re:<br><br>YAKIMA D SMITH | Case No.: 18-23262<br>Judge: SLM<br>Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒ Certification of Default filed by _____Chapter 13 Trustee_____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ **Other (explain your answer):**
I paid $1350 on January 26, 2023, and I scheduled another $1350 to be paid online this week. After this money is received I will owe $1732 through February 2023. I respectfully request that the Court schedule a hearing on this matter. I propose to pay this amount plus $1400 for a total of $3132 by March 31, 2023. I have paid $52,175 into my plan since filing my bankruptcy case in June 2018.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: February 6, 2023                    /s/ Yakima D Smith
                                          Debtor's Signature

Date: 2/6/23
                                          Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*