| UNITED STATES BANKRUPTCY COURT NEW JERSEY | |  |
|---|---|---|
| In Re:<br>Yakima D Smith | Case No. | **18-23262** |
| | Chapter: | **13** |
| | Judge: | |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Yakima D Smith_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __11-20-23__          _____[signature]_____
                            Yakima D Smith
                            Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

*rev.8/1/18*